# EXHIBIT B

**Jesica P. Fico**

| | |
|---|---|
| **From:** | Ed Carlstedt <ecarlstedt@fordharrison.com> |
| **Sent:** | Thursday, August 8, 2024 2:37 PM |
| **To:** | Andrew DeWeese |
| **Cc:** | Jesica P. Fico; Nicholas S. Andrews |
| **Subject:** | RE: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005] |
| **Attachments:** | Metrc - Estes - Joint Case Management Report (EBC).docx |

Andrew,

I've attached a revised proposed joint case management report.

I changed the initial disclosure date to September 2 and the mediation deadline to November 30, 2024, though I think we will need to jointly move the Court to allow mediation after October 30 if that is how we intend to proceed.

I don't have a strong feeling regarding in person mediation versus Zoom. I've had successes and failures with both. We can discuss today.

We propose the following mediators and are happy to consider others as well:

https://www.hklaw.com/en/professionals/k/kimbro-bradford-d

https://chrisgriffinmediation.com/

https://www.hilaryhighpa.com/

Our client would prefer your client file his answer, affirmative defenses and counterclaim. They are frankly not worried about his purported counterclaim and don't understand what it could possibly be.

FYI – I also changed the trial to a non-jury as we did not request a jury trial, but if your side intends to request a jury trial, we will change that back. Talk to you at 3.





**Edward B. Carlstedt**
*Attorney at Law*

**FORDHARRISON**

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

1

Exhibit B