# EXHIBIT C

Jesica P. Fico

# ATTORNEY-CLIENT PRIVILEGED

[black redaction box]



### Edward B. Carlstedt 
*Attorney at Law*



**FORDHARRISON**

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

---

**From:** Andrew DeWeese <andrew@andrewdeweese.com>
**Sent:** Thursday, August 8, 2024 2:58 PM
**To:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Cc:** Jesica P. Fico <jfico@fordharrison.com>; Nicholas S. Andrews <nandrews@fordharrison.com>
**Subject:** Re: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

**Caution: Originated Outside FordHarrison.**

I suppose it's fair to send over the substance of our allegations so your client can make an informed decision. If they don't care, we'll just file the counterclaims and litigate this on the merits. We'll be requesting a jury trial. I'll take a look at the rest and talk to you in a few.

Andrew DeWeese
Andrew DeWeese, PC
3055 NW Yeon Ave #527
Portland, OR 97210
(971) 303-0351
andrew@andrewdeweese.com