# EXHIBIT E

**Jesica P. Fico**

| | |
|---|---|
| **From:** | Ed Carlstedt <ecarlstedt@fordharrison.com> |
| **Sent:** | Wednesday, August 14, 2024 2:54 PM |
| **To:** | Steph Barnhart; Andrew DeWeese |
| **Cc:** | Nicholas S. Andrews; Jesica P. Fico |
| **Subject:** | RE: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005] |

Andrew and Steph,

With respect to the mediation, we are available November 4, 6 or 7 to mediate with Chris Griffin. Please let us know which date you select as quickly as possible and whether you will reserve the date with the mediator or if you would like us to.

With respect to your client's proposed counterclaim, while the allegations in it are inaccurate and will be proven false, if your side brings that counterclaim prior to the mediation, this case will become nearly impossible to settle because Metrc cannot have those false/baseless allegations sitting in the public record without fully disproving them. Thus, if you file the counterclaim before the mediation, we will of course attend the mediation as the Court ordered, but this case will almost certainly not resolve at the mediation under these circumstances. My suggestion is that you file your answer (without the counterclaim and its allegations) and we proceed to the mediation. If the case does not resolve at the mediation, we will stipulate to allow your client to amend his answer to assert his counterclaim and we can proceed from there.





### Edward B. Carlstedt
*Attorney at Law*

**FORDHARRISON**

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

**From:** Steph Barnhart <steph@andrewdeweese.com>
**Sent:** Monday, August 12, 2024 12:46 PM
**To:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Cc:** Andrew DeWeese <andrew@andrewdeweese.com>
**Subject:** Re: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

**Caution: Originated Outside FordHarrison.**

Hi Ed,

Andrew and Marcus are mutually available between November 4 and 13 for mediation. Our team prefers the in-person option, in Florida. And please confirm if this should be ½ day, full day, or longer?

I went ahead and cross-checked the calendars of the mediators you listed, with findings below. Would you prefer to reach out to Holland Knight for availability, or, I could contact Griffin about any of the dates below?

https://www.hklaw.com/en/professionals/k/kimbro-bradford-d
Availability not posted.

https://chrisgriffinmediation.com/
**OPEN**: Nov. 4, 6, 7, 11, and 13

https://www.hilaryhighpa.com/
**CURRENTLY BOOKED during 11/4-13**

Thank you.

--

**Steph Barnhart** (she/her)
Administrator & Paralegal | Andrew DeWeese, PC
3055 NW Yeon Ave. #527, Portland, OR 97210
steph@andrewdeweese.com | 503-807-9733

**CONFIDENTIAL COMMUNICATION**

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

---

**From:** Steph Barnhart <steph@andrewdeweese.com> on behalf of Andrew DeWeese <andrew@andrewdeweese.com>
**Sent:** Friday, August 9, 2024 3:05 PM
**To:** Steph Barnhart <steph@andrewdeweese.com>
**Subject:** Fw: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

---

**From:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Sent:** Thursday, August 8, 2024 12:16 PM
**To:** Andrew DeWeese <andrew@andrewdeweese.com>
**Subject:** RE: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

You're good.  I was just going to ask if you are ok with us submitting the revised case management plan to the Court today, but then I emailed you about it.





### Edward B. Carlstedt
*Attorney at Law*

**FORDHARRISON**

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

**From:** Andrew DeWeese <andrew@andrewdeweese.com>
**Sent:** Thursday, August 8, 2024 3:15 PM
**To:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Subject:** Re: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

**Caution: Originated Outside FordHarrison.**

I think you were saying something just as I disconnected, LMK if I should hop back on.

Andrew DeWeese

Andrew DeWeese, PC

3055 NW Yeon Ave #527

Portland, OR 97210

(971) 303-0351

andrew@andrewdeweese.com

**From:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Date:** Thursday, August 8, 2024 at 12:01 PM
**To:** Andrew DeWeese <andrew@andrewdeweese.com>
**Cc:** Jesica P. Fico <jfico@fordharrison.com>, Nicholas S. Andrews <nandrews@fordharrison.com>
**Subject:** RE: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

Ok, I'm on the Zoom call.





### Edward B. Carlstedt
*Attorney at Law*

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

**From:** Andrew DeWeese <andrew@andrewdeweese.com>
**Sent:** Thursday, August 8, 2024 2:58 PM
**To:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Cc:** Jesica P. Fico <jfico@fordharrison.com>; Nicholas S. Andrews <nandrews@fordharrison.com>
**Subject:** Re: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

**Caution: Originated Outside FordHarrison.**

I suppose it's fair to send over the substance of our allegations so your client can make an informed decision. If they don't care, we'll just file the counterclaims and litigate this on the merits. We'll be requesting a jury trial. I'll take a look at the rest and talk to you in a few.

Andrew DeWeese

Andrew DeWeese, PC

3055 NW Yeon Ave #527

Portland, OR 97210

(971) 303-0351

andrew@andrewdeweese.com

**From:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Date:** Thursday, August 8, 2024 at 11:37 AM
**To:** Andrew DeWeese <andrew@andrewdeweese.com>
**Cc:** Jesica P. Fico <jfico@fordharrison.com>, Nicholas S. Andrews <nandrews@fordharrison.com>
**Subject:** RE: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

Andrew,

I've attached a revised proposed joint case management report.

I changed the initial disclosure date to September 2 and the mediation deadline to November 30, 2024, though I think we will need to jointly move the Court to allow mediation after October 30 if that is how we intend to proceed.

I don't have a strong feeling regarding in person mediation versus Zoom. I've had successes and failures with both. We can discuss today.

We propose the following mediators and are happy to consider others as well:

https://www.hklaw.com/en/professionals/k/kimbro-bradford-d

https://chrisgriffinmediation.com/

https://www.hilaryhighpa.com/

Our client would prefer your client file his answer, affirmative defenses and counterclaim. They are frankly not worried about his purported counterclaim and don't understand what it could possibly be.

FYI – I also changed the trial to a non-jury as we did not request a jury trial, but if your side intends to request a jury trial, we will change that back. Talk to you at 3.

5
Exhibit E





### Edward B. Carlstedt
*Attorney at Law*

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
ecarlstedt@fordharrison.com | P: 813-261-7895

LTC4 Certified Legal Professional | *FHPromise* | Subscribe

---

**From:** Andrew DeWeese <andrew@andrewdeweese.com>
**Sent:** Thursday, August 8, 2024 11:19 AM
**To:** Jesica P. Fico <jfico@fordharrison.com>
**Cc:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Subject:** Re: Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

**Caution: Originated Outside FordHarrison.**

Yes, I can be available between 2:30 PM and 4 PM Eastern.

I had suggested a different schedule relative to my client filing his counterclaims, and that mediation should happen prior to the allegations of those counterclaims becoming a matter of public record. I see that this is not reflected in the proposed deadlines, so I will assume that you have rejected this suggestion. Also, the court has already provided a deadline for mediation, which I suggested I would probably be unable to meet if we are looking at an in-person mediation in Florida. It would be helpful to understand your client's position on in-person vs. remote mediation if we are going to plan to complete mediation prior to October 30. Finally, I will be on vacation from 8/21-26 so I will want the initial disclosures deadline moved to 8/28 at the earliest. The rest of the dates look fine.

Andrew DeWeese

Andrew DeWeese, PC

3055 NW Yeon Ave #527

6
Exhibit E

Portland, OR 97210

(971) 303-0351

andrew@andrewdeweese.com

---

**From:** Jesica P. Fico <jfico@fordharrison.com>
**Date:** Thursday, August 8, 2024 at 6:55 AM
**To:** Andrew DeWeese <andrew@andrewdeweese.com>
**Cc:** Ed Carlstedt <ecarlstedt@fordharrison.com>
**Subject:** Metrc v. Estes - Meet and Confer re Case Management Report [IMAN-WSACTIVELLP.FID2416005]

Good morning Mr. DeWeese,

The deadline to file the case management report is today. Attached please find a draft of the CMR which we have prepared. Please let me know if you have any availability today to confer regarding the CMR so we may finalize and submit same.

Thank you,



### Jesica P. Fico
*Attorney at Law*

401 East Jackson Street, Suite 2500 | Tampa, FL 33602
jfico@fordharrison.com | P: 813-261-7889

---

LTC4 Certified Legal Professional | *FHPromise* | Subscribe