# EXHIBIT G



Exhibit G

DEF_000360



**Steph:** Please do. I'm supposed to have a call with Metrc on Monday

**Me:** Tell them you talked to me. It'll do me a favor.

**Me:** I highly recommend you bail on that project. They're looking for brands to get behind them but their end goal is corrupt. They just want more forced payments, it's no longer the idealistic thing we were doing. Don't align with the cops!

**Me:** Even if it's free for you they'll end up sticking it to someone else. Happy to go into more detail with you about it anytime.

**Steph:** Damn I'm so sorry

**Steph:** What's next on your agenda

**Steph:** I want to figure out how we can work together

**Me:** I made some money so I'm not in a rush but I have some hobbies that

DEF_000361




**Steph**

> I made some money so I'm not in a rush, but I have some hobbies that I'm doubling down on 🍄🍄

> I'd love to work with you on anything you get into and I've got availability. Feel free to call to bounce stuff off my anytime, maybe I can help. Anything digital, or deep supply chain stuff too. 🫡

Wed, May 1 at 9:36 AM

Good afternoon,

You are receiving this email as you currently have an active account registered with our Retail ID product offering. We are reaching out to let you know we will be migrating from the current Retail ID site (signet.codes) to a new location (app.1a4.com), which is planned to be available starting on Tuesday, May 7th.

This migration is intended enable us to scale our performance of the Retail ID platform which will offer you an improved user experience and provide Metrc the ability to release new features/fixes in a more consistent and reliable manner.

**Key dates and next steps**

| Key date | Activity |
|---|---|
| May 6th at 10PM to May 7th at 2AM EST | To successfully complete this migration, we expect the Retail ID application will be unavailable during this time. |
| May 7th | Migration complete. If you navigate to signet.codes, you will be redirected to app.1a4.com.<br>There is no change to login credentials, so you can continue to use the same login information. |

All Retail ID labels that have been generated will continue to work as expected, however, going forward, there will be a new format for QR URLs generated from 1a4.com. If the timeline changes, we

Exhibit G  DEF_000362

