# EXHIBIT I



**Lindsay Moran** (She/Her) · 3rd
Director of Communications TAC; Investigations; Consulting & Expert Analysis – Intelligence/NatSec; Advocate for DeliverFund.org

--- THURSDAY ---



**Lindsay Moran** (She/Her) · 5:34 AM

**Metrc due diligence**

Hi Marcus,

I am doing some due diligence research for a government client that is looking at hiring Metrc, and have been asked to reach out to former employees to verify how well their system controls for inversion / diversion.



Exhibit I          DEF_000353

government client that is looking at hiring Metrc, and have been asked to reach out to former employees to verify how well their system controls for inversion / diversion.

I cam across your profile and wondered if you would be willing to connect, off the record is fine. And I'm not necessarily digging for dirt. If the platform performs as advertized I'm interested in hearing that.

Best, Lindsay

--- TODAY ---



**Marcus Estes** · 6:15 PM

Hi Lindsay,

Happy to help with this. Email me here: marcus.e@gmail.com

DEF_000354

Exhibit I