# EXHIBIT J

 🔍 Search 



# Lindsay Moran • 3rd

Director of Communications and Public Affairs TAC; Investigations; Consulting & Expert Analysis - Intelligence/NatSec; Advocate for DeliverFund.org

Harvard University • TAC

Washington, District of Columbia, United States • 500+ connections

Follow     🔒 Message

## About

Former CIA operative with 20+ years' experience across a broad professional spectrum that includes investigation, covert operations, analysis, and communications. See LindsayMoran.com

Part of the team at DeliverFund (deliverfund.org) - a nonprofit intelligence organization that leverages cutting-edge technology in its mission to end human trafficking.

Previously was Head of Communications for the Environmental Investigation Agency (eia.org), an international NGO that uses undercover investigations to expose environmental crime.

Author of the best-selling memoir Blowing My Cover (blowingmycover.com)

Has written for The New York Times, The Washington Post, Politico, The Huffington Post, and various other publications.

Expert commentary on national security and intelligence issues for the BBC, CNN, MSNBC, NPR, The Young Turks, as well as national and local radio and online outlets.

Former field correspondent for Al-Jazeera America's flagship news program America Tonight and its groundbreaking science and technology show TechKnow.

Featured expert on the Science Channel's top-rated show What on Earth and Discovery's Forbidden History. Consultant on television series and movies, including the History Channel's critically acclaimed documentary America's War on Drugs and the Netflix hit series Hit and Run.

 Home     My Network     Post     Notifications     Jobs

Exhibit J

   25

Serves on the board of India Water Project (https://indiawaterproject.org) a non-profit committed to easing the burden of women and girls throughout the underserved communities of India by providing clean, safe, accessible, and environmentally sound sources of water.

Graduate of Harvard College and Columbia University.

Two teenage sons and three dogs.                                                                                                                                                        See less

## Activity
3,435 followers

**I recently received these certificates from the International Student Broadcasting Championship . I was a runner up for best new #podcast and finalist in a number of other categories. Additionally, I presented my capstone…**
Lindsay Moran reacted to this

See all

## Experience


**Director of Communications and Public Affairs**
TAC
Feb 2023 - Present  ·  2 yrs 6 mos
Washington DC-Baltimore Area

Director of Communications and Public Affairs for the only national nonprofit dedicated exclusively to eliminating barriers to treatment for people with severe mental illness.                                                                    …more


**Advocate**
DeliverFund
Feb 2022 - Present  ·  3 yrs 6 mos


**Consultant and Investigator**
Lindsay Moran Consulting
Feb 2022 - Present  ·  3 yrs 6 mos

See more

## Education


**Harvard University**
BA  ·  English Literature
1988 - 1991

## Skills

 Home     My Network     Post     Notifications     Jobs

Exhibit J

   25

See more ˅

## Recommendations

" Lindsay is an incredible human being, bringing character and humor to our often sensitive and stressful work as Intelligence Professionals. She knows our business (intelligence collection and analysis), and she knows the English language. She has been an effective briefer and trainer within both the national security and federal law enforcement communities. More over, un⋯ …more

 **Kim Lewis**
Defense Contractor 1099
November 6, 2012, Kim worked with Lindsay in the same group

## Contact

 **Website**
https://lindsaymoran.com (Personal Website)

 **LinkedIn**
https://www.linkedin.com/in/lindsay-moran-6aa670

## Other similar profiles

 **Jihi Bustamante, JD, MSW** · 2nd 
Everyday Spy | Global Security and Threat Intelligence Consultant

 **Evy Poumpouras** · 3rd 
NBC Law Enforcement Contributor I Bestselling Author of Becoming Bulletproof I Adjunct Professor CUNY and Ath…

 **Andrew Bustamante, MBA** · 3rd 
Former CIA Officer | I teach SPYHACKS for business and life | SECRET Clearance

 **John Kiriakou** · 3rd 
Director

 **Gina Bennett** · 3rd 
Retired CIA Terrorism Senior Targeting Analyst, Strategy Advisor at Girl Security, and Adjunct Professor, Georgetow…

 Home |  My Network |  Post |  Notifications |  Jobs

Exhibit J