# EXHIBIT K

4/24/25, 2:01 PM
Case 8:25-cv-02067-WFJ-CPT   Document 38-11   Filed 08/20/25   Page 2 of 3 PageID
100
Gmail - Metrc due diligence

 Gmail

**marcus estes <marcus.e@gmail.com>**

## Metrc due diligence
4 messages

---

**GP** <gp@marvenandshaw.com>　　　　　　　　　　　　　　　　Tue, Jul 16, 2024 at 4:09 AM
To: "marcus.e@gmail.com" <marcus.e@gmail.com>

Hi Marcus,

I got your email from my colleague Lindsay. We are conducting some due diligence work for a legal client about Metrc, and I wondered if you would be willing to connect.

Gretchen Peters
President, Marven & Shaw
www.marvenandshaw.com

Sent with Proton Mail secure email.

---

**marcus estes** <marcus.e@gmail.com>　　　　　　　　　　　　　Tue, Jul 16, 2024 at 4:23 PM
To: GP <gp@marvenandshaw.com>

Hi Gretchen,

As much as I would *love* to talk about this, after conferring with my attorneys, they've instructed me to say the following:

"I'm sorry, I'm not able to provide any comment about my former employer at this time."

Best of luck with your other contacts.

Marcus
[Quoted text hidden]

---

**GP** <gp@marvenandshaw.com>　　　　　　　　　　　　　　　　Wed, Jul 17, 2024 at 12:27 AM
To: "marcus.e@gmail.com" <marcus.e@gmail.com>

Ok thanks. 🙏

Sent from Proton Mail for iOS
[Quoted text hidden]

---

**GP** <gp@marvenandshaw.com>　　　　　　　　　　　　　　　　Wed, Jul 17, 2024 at 1:26 AM
To: "marcus.e@gmail.com" <marcus.e@gmail.com>

p.s. if there is anyone else you propose I connect to, please advise.

Gretchen Peters
President, Marven & Shaw
www.marvenandshaw.com

Exhibit K

DEF_000374

Sent with Proton Mail secure email.

[Quoted text hidden]

Exhibit K

DEF_000375