# EXHIBIT L



**SENT VIA DOCUSIGN**

November 20, 2024

Gretchen Peters
gp@marvenandshaw.com

Re: Agreement for Consultant Services

Dear Ms. Peters:

Andrew DeWeese, PC ("Client"), a law firm, agrees to retain the services of Gretchen Peters (hereafter known as "Contractor"), for the purposes of consultation, advice and information gathering, pertaining to Client's client, Marcus Estes, and his prior relationship with Metrc, Inc. (Client, Contractor, and Estes are collectively referred to herein as "Parties").

**Scope of Work**

Contractor agrees to provide the following services under the direction of Client:

- Assist Client with investigation into potential claims.

Contractor agrees to provide ongoing communication and updates as agreed on the status of items included above, including meeting with counsel to review information under the contracted scope of work.

**Confidentiality**

For purposes of this Agreement, all information that Client provides to Contractor, all information pertaining to the Services performed by Contractor, and all information regarding Client's business, including, without limitation, the identity of Client, shall be deemed and treated as strictly confidential, non-public information. The Parties understand and agree that all communications between and among Client, Contractor, and Estes are confidential and subject to the attorney client privilege.

**Common Interest Privilege**

To the extent Contractor has or later develops an interest in an action against or related to Metrc, Inc., or any related persons or entities, the Parties believe that Contractor and Estes

share a mutuality of interest in such interest. Accordingly, it is the Parties' intention and understanding that communications among the Parties, joint interviews of prospective witnesses and other sharing of information, whether written or verbal, are confidential and are protected from disclosure to any third party by the clients' attorney-client privilege, the attorneys' work product privileges, the joint defense privilege and the common interest privilege. Such communications and/or exchanges of information in connection with the undersigned Parties' common interest efforts is not intended to waive any attorney-client, work product, joint defense, or common interest privileges otherwise available. The Parties consider such mutual sharing and disclosure of matters of common concern essential to the preparation of an effective strategy by the clients with respect to each Matter, and essential to the effective representation by counsel of their clients. These mutual disclosures and exchanges of information, therefore, are protected by the "joint defense privilege" and "common interest privilege" recognized in cases such as *In re United Mine Workers of America Employee Benefit Plans Litig.*, 159 F.R.D. 307 (D.D.C. 1994). It is also understood and agreed that all memoranda of law, debriefing memoranda, factual summaries, digests, draft pleadings and affidavits, and other written materials which would otherwise be protected from disclosure to third parties on grounds of privilege, and which are or have been exchanged among the undersigned in connection with Metrc, Inc., will remain confidential and protected from disclosure to any third party by the attorney-client, attorney work product, joint defense and common interest privileges. Except for purposes of enforcing this Agreement or otherwise obtaining the benefits intended to be obtained from this Agreement, the fact of this Agreement and its contents shall remain confidential and protected from disclosure to any third party by the attorney-client, attorney work product, joint defense and common interest privileges.

**Terms**

Consideration: Contractor has agreed to accept this "common interest" engagement on a pro bono basis, unless otherwise communicated to Client. Client agrees that any requests to the Contractor to prepare documents or produce other work in support of the Client's case, will be subject to the Contractor's standard hourly rate.

Sincerely,

  */s/ Andrew DeWeese*
**Andrew DeWeese, PC**
Counsel for Marcus Estes

I agree to the terms of this letter and consent to the representation.

By: _____

20 Nov 2024

Date: _____

Name: Gretchen Peters, Contractor

Exhibit 1